UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Criminal No. 4:18-CR-147-O |
| | § | |
| JASON SIROVICA | § | |
| | § | |

**ORDER**

Defense counsel Curtis Lilly ("Lilly") filed a response to the Court's order to show cause why he failed to appear as ordered. After reviewing this response, the Court determines that further action is warranted. Accordingly, the Court directs the Clerk of Court to open a separate miscellaneous case styled "In Re Possible Discipline of Curtis Lilly" and to include on the docket of the miscellaneous matter the documents docketed at ECF Nos 16, 18, 24, and 25 from cause number 4:18-CR-147-O.

All future filings related to the possibility of the Court taking disciplinary action against Lilly are to be filed in the miscellaneous case. The Clerk of Court shall ensure that Lilly is provided notice of this order and any orders entered in the new miscellaneous case.

SIGNED this 7th day of March 2019.

Reed O'Connor
**UNITED STATES DISTRICT JUDGE**

1